13

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 2 0 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **OLANREWAJU O. AJAYI** | * |
|       Petitioner, | * |
| | * |
| **Vs.** | * CIVIL ACTION |
| | * NO. B-94-027 |
| **E.M. TROMINSKI, DISTRICT DIRECTOR,** | * |
| **UNITED STATES IMMIGRATION AND** | * |
| **NATURALIZATION SERVICE, AND THE** | * |
| **ATTORNEY GENERAL OF THE UNITED STATES** | * |
|       Respondents. | * |

**ORDER GRANTING RESPONDENTS'**
**MOTION TO DISMISS**

The Respondents' motion to dismiss this cause of action for mootness is hereby granted. (#12)

Dated: _August 30_, 1995. 1998.

_____
United States District Judge